COOK, Respondent, v. WHITE et al., Respondents (GEARY et al., Appellants). (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Sarah Cook against Joseph White, James Conroy, Edward Whalen, and others; and Thomas Geary and Annie Geary, infants, appeal. No opinion. Order affirmed, without costs.

CORWIN, Appellant, v. EDGCOMB et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Theodore L. Corwin against Isaac Edgcomb and others. No opinion. Judgment affirmed, with costs.

CORWIN, Appellant, v. TOWN OF OTRE-LIC, Respondent. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) Action by Theodore L. Corwin against the town of Otrelic. No opinion. Order affirmed, with $10 costs and disbursements.

COUNTRYMAN, Appellant, v. FONDA, J. & G. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) Action by Pearl Countryman, as administrator, against the Fonda, Johnstown & Gloversville Railroad Company. No opinion. Judgment affirmed, with costs. All concur, except MERWIN and PUTNAM, JJ., dissenting.

COVERT, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Abraham D. Covert against the city of Brooklyn. No opinion. Judgment affirmed, with costs. See 43 N. Y. Supp. 310.

CRABTREE, Respondent, v. OTTERSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) Action by James H. Crabtree against William C. Otterson. No opinion. Motion granted by default. See 47 N. Y. Supp. 977.

CREIGHTON et al., Respondents, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Henry J. Creighton and Frederick W. Janssen against Russell W. Benedict. No opinion. Judgment and order affirmed, with costs.

CROMWELL, Respondent, v. DONALD, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by James S. Cromwell against Archibald Donald. No opinion. Judgment and order affirmed, with costs.

CROPSEY et al., Respondents, v. HANNEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by Harmon W. Cropsey and Lewis G. Mitchell against Louis Hanneman. No opinion. Order affirmed on argument, with $10 costs and disbursements.

CROWLEY v. MURPHY. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Cornelius G. Crowley against Mary Murphy. No opinion. Motion granted, with $10 costs.

CUTTING v. MINER. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Minnie Seligman Cutting against Henry C. Miner. No opinion. Motion denied, with $10 costs.

DANIELS, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Stephen W. Daniels against Andrew J. Lyons. No opinion. Judgment and order affirmed, with costs.

DEAN, Respondent, v. CANFIELD et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Harry W. Dean against Milton M. Canfield and another. J. D. Nichols, for appellant. B. Estes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DE CAMP, Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by William S. De Camp against Edward Thompson and others. No opinion. Judgment affirmed, with costs, on the opinion of McLENNAN, J., delivered at trial term. 50 N. Y. Supp. 454.

DIETZ, Respondent, v. LEBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 28, 1898.) Action by Charles Henry Dietz against Edward F. Leber and Louis Meyer. No opinion. Order resettled by adding thereto, "And defendants' motion for bill of particulars granted to the extent indicated in the opinion." See 53 N. Y. Supp. 977.

DOLAN et al., Respondents, v. ROTHSCHILD et al., Appellants. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Thomas Dolan and others against Justus Rothschild and George F. Victor and others. E. Blumenstial, for appellants. M. S. Heyman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.